WILLIAM C. ATWATER & Co., INC., Appellant, *v.* STOKES COAL COMPANY, INC., Respondent.

(Argued April 16, 1931; decided May 12, 1931.)

*Carroll Blakely Low* and *Walter Carroll Low* for appellant. *Samuel Seabury* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.